**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORDAN KASPERZYK,<br><br>　　　　Plaintiff,<br>　v.<br><br>SHETLER SECURITY SERVICES, INC, et al.,<br><br>　　　　Defendants.<br>_____/ | **No. C  13-3383 RS**<br><br>**ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |

　　　Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Edward Chen for a determination as to whether it is related to <u>Kasperzyk v. Shetler Security Services, Inc.</u>, 13-03358 EMC

IT IS SO ORDERED.

Dated:  10/17/13

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

No. C 13-3383 RS
ORDER