IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JORDAN KASPERZYK,

      Plaintiff,

  v.

SHETLER SECURITY SERVICES, INC, et al.,

      Defendants.

**No. C  13-3383 RS**

**ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Edward Chen for a determination as to whether it is related to Kasperzyk v. Shetler Security Services, Inc., 13-03358 EMC.

IT IS SO ORDERED.

Dated:  10/17/13

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1

No. C 13-3383 RS
ORDER