| | |
|---|---|
| 1 | Katarzyna W. Nowak (SBN 256977) |
| 2 | FISHER & PHILLIPS LLP |
|   | One Embarcadero Center, Suite 2050 |
| 3 | San Francisco, CA  94111-3712 |
|   | Telephone:  415/490-9000 |
| 4 | Facsimile:   415/490-9001 |
|   | E-Mail: knowak@laborlawyers.com |
| 5 | |
|   | Attorney for Defendant |
| 6 | SHETLER SECURITY SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORDAN KASPERZYK, an individual | Case No.: 13-CV-03383 EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE DEFENDANT SHETLER SECURITY SERVICES' MOTION TO DISMISS FROM NOVEMBER 21, 2013 TO DECEMBER 12, 2013 AND RE-SET BRIEFING SCHEDULE** |
| v. | |
| SHETLER SECURITY SERVICES, INC., LUCASFILM LTD; and Does 1-100. | |
| Defendants. | |
| | Date:     November 21, 2013 |
| | Time:     1:30 p.m. |
| | Location: Courtroom 5, 17th Floor |
| | Action Filed: April 2, 2013 |
| | Trial Date:   None |

Pursuant to Local Rule 6-1 (b), Defendant SHETLER SECURITY SERVICES, INC. ("Defendant") and Plaintiff JORDAN KASPERZYK ("Plaintiff"), by and through their counsel, hereby stipulate that Defendant's Motion to Dismiss be continued to December 12, 2013, and that a new briefing schedule, compatible with that date be established.  Doing so does not affect any other court-mandated deadlines, including the initial disclosure deadlines.

JOINT STIPULATION TO CONTINUE DEFENDANT SHETLER SECURITY SERVICES' MOTION TO DISMISS    1

**IT IS SO STIPULATED.**

Dated: October 23, 2013          By: Katarzyna Nowak /s/
                                 FISHER & PHILLIPS LLP
                                 Katarzyna Nowak
                                 Counsel for Defendant
                                 Shetler Security Services, Inc.


Dated: October 23, 2013          By: James F. Costello /s/
                                 LAW OFFICE OF JAMES F. COSTELLO
                                 James Funsten Costello
                                 Counsel for Plaintiff Jordan Kasperzyk


**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Opposition shall be filed by 11/12/13. Reply shall be filed by 11/19/13. Hearing reset for 12/12/13 at 1:30 p.m.

DATED: 10/24/13          By: _____
                         **HONORABLE JUDGE EDWARD M. CHEN**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

JOINT STIPULATION TO CONTINUE DEFENDANT SHETLER SECURITY SERVICES' MOTION TO DISMISS     2

## FEDERAL COURT PROOF OF SERVICE

*Jordan Kasperzyk v. Shetler Security Services, Inc., et al.*

I am a citizen of the United States and a resident of San Mateo County, California. I am over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 2050, San Francisco, California 94111. I am employed in the office of a member of the bar of this Court at whose direction this service was made. On October 23, 2013, I served the following document(s) on the party(ies) in this action in accordance with Rule 5 of Federal Rules of Civil Procedure as follows:

- **JOINT STIPULATION TO CONTINUE DEFENDANT SHETLER SECURITY SERVICES' MOTION TO DISMISS FROM NOVEMBER 21, 2013 TO DECEMBER 12, 2013 AND RE-SET BRIEFING SCHEDULE**

__x__   **[BY U.S. MAIL]** - I enclosed the documents in a sealed package or envelope addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

| | |
|---|---|
| James F. Costello<br>Law Offices of James F. Costello<br>18 Brooke Circle<br>Mill Valley, CA 94941 | Co-Counsel for Plaintiff<br>Telephone: (415) 388-9060<br>Facsimile: (415) 988-9070<br>jfcostellobarrister@gmail.com |
| Lisa Barnett Sween<br>Stephanie T. Yang<br>Lewis Brisbois Bisgaard & Smith LLP<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104 | Counsel for Defendant LUCASFILM LTD<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br>sween@lbbslaw.com<br>syang@lbbslaw.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2013, at San Francisco, California.

_____
Stephanie Vasquez